**In the Matter of the Estate of William Kaifer, Deceased.**
Ivan Kaifer, Appellant, v. Dorothy June Shearer, Individually and as Executor of the Will of William Kaifer, Deceased, Appellee.

**Gen. No. 11,619. (Abstract of Decision.)**

Second District, First Division.
June 21, 1962.

Walter C. Overbeck, of Henry, and Harry C. Heyl, of Peoria, for appellant; Berry & O'Conor, of Streator, and John J. Wosik, of Henry, for appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.